# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darrell Eugene Digsby,

    Plaintiff(s),                                       JUDGMENT IN A CIVIL CASE

vs.                                                       3:07CV76
                                                          3:04CR304-1

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2010 Order.

                                                          Signed: January 6, 2010

                                                          Frank G. Johns, Clerk
                                                          United States District Court